IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                Plaintiff,

  v.

SINOVEL WIND GROUP CO., LTD.,

                Defendant.

ORDER

13-cr-84-jdp

---

Attached is a revised draft of the introductory jury instructions, which the parties should review in preparation for the final hearing.

Entered January 4, 2018.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge