IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | FINAL HEARING ORDER |
| v. | |
| SINOVEL WIND GROUP CO., LTD., | 13-cr-84-jdp |
| Defendant. | |

---

On January 5, 2018, the court held a final hearing before United States District Judge James D. Peterson. The government appeared by counsel, Timothy O'Shea, Brain Levine, and Darren Halverson. Defendant Sinovel Wind Group Co., Ltd., appeared by counsel, Jeffrey Tsai, Michael Agoglia, and Alexander Akerman.

The court granted Sinovel's motion in limine 2 to admit Skype chats, Dkt. 365. The court and the parties discussed the draft jury instructions distributed. The final versions of the voir dire, introductory jury instructions, and verdict form are attached. The court took the parties' proposed changes to the post-trial instructions under advisement and will circulate an updated draft to the parties during trial. Final decisions on the post-trial instructions will be made at the instruction conference near the end of the trial. The court ordered the parties to file submissions concerning the admissibility of Dejan Karabasevic's conviction.

Entered January 5, 2018.

BY THE COURT:

/s/
_____
JAMES D. PETERSON
District Judge