IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

v.

SINOVEL WIND GROUP CO., LTD. ET AL,

Defendants.

Case No. 13-cr-84-bbc

## ORDER FOR DISMISSAL

Pursuant to Federal Rule of Criminal Procedure 48(a) and by leave of court endorsed hereon, the United States Attorney for the Western District of Wisconsin hereby dismisses, without prejudice, the charges against Su Liying, Zhao Haichun, and Dejan Karabasevic in the superseding indictment filed on October 11, 2017 (R. 332). This motion for dismissal in no way implicates the conviction of Sinovel Wind Group Co., Ltd. (R. 499).

December 5, 2024.

Respectfully submitted,

By: _____
TIMOTHY M. O'SHEA
United States Attorney

Leave of court is granted for the filing of the foregoing dismissal.

Dated: _____

                                                            _____
                                                            JAMES D. PETERSON
                                                            United States District Judge